# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0184
LT Case No. 2016-CF-012325-A

_____

STUART FERNANDEZ HICKSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.800 Appeal from the Circuit Court for Brevard County.
Robert Segal, Judge.

Stuart Fernandez Hickson, Bonifay, pro se.

No Appearance for Appellee.


August 13, 2024


PER CURIAM.

AFFIRMED.


WALLIS, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____